IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>JEFFREY W. WISE,<br><br>             Defendant. | **4:15CR3068**<br><br><br>**ORDER** |

IT IS ORDERED:

1)      Defendant's motion to review detention, (Filing No. 95), is granted.

2)      Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at House for New Life and participate in programming as recommended by that facility. The defendant shall fully comply with all rules of the House for New Life facility.  If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer.  In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)      The defendant shall arrive at House for New Life on June 1, 2020.  At 12;30 p.m. on June 1, 2020, the Marshal shall release Defendant to Rob Persinger, Associate Project Director at House for New Life for transport to House for New Life.

Dated this 29th day of May, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge